J-A11019-22

2023 PA Super 143

| | | |
|---|---|---|
| WILLIAM SCHLUTH | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| KRISHAVTAR, INC. AND | : | |
| BARKRUSHNA PANCHAL | : | |
| | : | No. 2088 EDA 2021 |
| Appellants | : | |

Appeal from the Order Entered September 7, 2021
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): 170602871,
170602871

| | | |
|---|---|---|
| WILLIAM SCHLUTH | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| KRISHAVTAR, INC. AND | : | |
| BAKRUSHNA PANCHAL | : | |
| | : | No. 2089 EDA 2021 |
| Appellants | : | |

Appeal from the Order Entered September 7, 2021
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): 170603382,
170603382

BEFORE: BOWES, J., STABILE, J., and McLAUGHLIN, J.

CONCURRING OPINION BY McLAUGHLIN, J.: **FILED JULY 31, 2023**

I respectfully concur in the result. While I agree that the trial court lacked jurisdiction, I would not address the merits and do not join the merits discussion.